UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIGI ABREU,
                       Plaintiff

            -against-

CENTURY INTERNATIONAL ARMS, INC.,
                       Defendant.
------------------------------------------------------------X

22 Civ. 2103 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for May 18, 2022, at 4:20 P.M.,

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan;

WHEREAS, Defendant's deadline to answer, move or otherwise respond to the Complaint was April 18, 2022;

WHEREAS, Defendant has not responded to the Complaint. It is hereby

**ORDERED** that the May 18, 2022, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that Defendant shall answer, move or otherwise respond to the Complaint by **May 25, 2022**. The parties may not unilaterally extend this deadline and must timely seek an extension from the Court. It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion

letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: May 11, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE